IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| VOLTAGE PICTURES, LLC, | ) |
| | ) |
| | ) Case No. 3:13-cv-00132 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-92, | ) Judge Trauger |
| | ) |
| Defendants. | ) |

**~~PROPOSED~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

The Court finds that Plaintiff's Second Motion to Continue the Initial Case Management Conference scheduled for June 3, 2013 at 4:00 p.m. for four weeks is well-taken, and, therefore, the Initial Case Management Conference is rescheduled to ____7/8/13____ at 3:30 p.m.

**IT IS SO ORDERED.**

_____
JUDGE

**APPROVED FOR ENTRY:**

/s/ Klint W. Alexander_____
Klint W. Alexander, BPR #20420
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: 615.244.0020
Facsimile: 615.256.1726
kalexander@wyattfirm.com
*Attorney for Plaintiff*